| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eclipse Berry Farms, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 16, 2018     X  /s/ signature

Signature of individual signing on behalf of debtor

**Robert Marcus**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Eclipse Berry Farms, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

■ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADVANCE PLANT NUTRITION LLC<br>2888 ESTATES DRIVE<br>APTOS, CA 95003 | | | Disputed | | | $277,805.80 |
| AG RX, INC<br>751 SOUTH ROSE AVENUE<br>OXNARD, CA 93030 | | | Disputed | | | $350,051.34 |
| ALEX CAMANY<br>18825 HERITAGE CT.<br>SALINAS, CA 93908 | | | Disputed | | | $212,242.75 |
| ARMSTRONG TRANSPORT GROUP INC<br>PO BOX 560687<br>CHARLOTTE, NC 28256-0687 | | | Disputed | | | $673,042.53 |
| BNSF LOGISTICS, LLC<br>2710 S. 48TH STREET<br>SPRINGDALE, AR 72762 | | | Disputed | | | $524,465.55 |
| C H ROBINSON WORLDWIDE INC<br>P.O. BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | | | Disputed | | | $170,073.68 |
| CAL-TEX TRANSPORTATION, LLC<br>PO BOX 107<br>VISALIA, CA 93291 | | | Disputed | | | $251,258.80 |

Debtor **Eclipse Berry Farms, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CENTRAL COLD STORAGE** PO Box 742352 LOS ANGELES, CA 90074-2352 | | | Disputed | | | $163,831.69 |
| **COASTAL COOLING & LOGISTICS, LLC** P.O. BOX 1338 FREMONT, CA 94538 | | | Disputed | | | $1,463,700.49 |
| **COASTAL GROWERS SUPPLY, INC.** 1450 SOLOMAN ROAD SANTA MARIA, CA 93455 | | | Disputed | | | $373,066.64 |
| **CROP PRODUCTION SERVICES (649)** P.O. BOX 657 SALINAS, CA 93902 | | | Disputed | | | $1,730,702.46 |
| **GEORGIA-PACIFIC CORRUGATED LLC** ATTN: P.O. BOX 743348 1000 W TEMPLE ST. LOS ANGELES, CA 90012 | | | Disputed Subject to Setoff | | | $865,943.73 |
| **GOLDEN FOUR EXPRESS, LLC** C/O CRECIA SUE PLAUGHER 13287 EL NOGAL AVE Visalia, CA 93292 | | | Disputed | | | $269,474.00 |
| **JERUE TRUCK BROKER, INC** PO BOX 33080 Lakeland, FL 33807 | | | Disputed | | | $2,283,334.70 |
| **RDO WATER LLC** 10108 RIVERFORD ROAD LAKESIDE, CA 92040 | | | Disputed | | | $148,461.17 |
| **ROBERT MANN PACKAGING, INC** 1051 S. ROSE AVENUE OXNARD, CA 93030 | | | Disputed Subject to Setoff | | | $5,997,905.58 |

Debtor **Eclipse Berry Farms, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TCI BUSINESS CAPITAL, INC.**<br>**9185 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | | **ARORA TRANSPORTATION** | **Disputed** | | | **$522,165.00** |
| **TRI CAL INC**<br>**8100 ARROYO CIRCLE**<br>**GILROY, CA 95020** | | | **Disputed** | | | **$3,044,117.15** |
| **UNIFIED CARRIERS**<br>**1105 So M STREET**<br>**OXNARD, CA 93033** | | | **Disputed** | | | **$179,015.00** |
| **Ventura Strawberry Farms, Inc.**<br>**5000 N. Parkway Calabasas**<br>**Suite 107**<br>**Calabasas, CA 91302** | | | **Disputed** | **$29,600,000.00** | **Unknown** | **$8,000,000.00** |