# Office of the United States Trustee

| | |
|---|---|
| In re: Eclipse Berry Farms, LLC, *et al.*<br><br>　　　　　　　　　　　Debtors<br><br>Chapter 11 Case No:<br>2:18-bk-10443-BR | **Post-Confirmation Status Report**<br><br>Quarter Ending:<br>Dec. 31, 2019 |

DAVID L. NEALE (SBN 141225)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; jpf@lnbyb.com

DAVID L. NEALE (SBN 141225)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; jpf@lnbyb.com

| | |
|---|---|
| Date Order was entered confirming plan | October 3, 2018 |
| Disbursing Agent (if any) (Please print) | Province, Inc. (and, for limited disbursements, the Debtors) |

| **SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER** | |
|---|---|
| Disbursements made under the plan | $869,852.14 |
| Other Disbursements | $60,244.90 |
| **Total Disbursements** | $930,097.04 |

| | |
|---|---|
| Projected date of final decree | Unknown at this time |
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | None. |
| Date last U. S. Trustee fee paid | 10/30/19 |
| Amount Paid | $1,625.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John-Patrick M. Fritz*

Date: 01/05/2020　　　　　　　　　　　　　　　　　Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. You may be required to file additional reports with the Bankruptcy Court.*